# Exhibit B





























5:35

< 16

+1 (407) 638-0203 >

Yes they are so cute

Would I see them on you tonight

Sure!

Would I see them on you tonight

I would love that

I would love that

Sure I can put them on now if you want

Wate till I get there

Okayyyy

Thank you

Can I call you

I'm doing stupid dishes hold on I'm sorry

Ok

Text Message

